IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FEB 2 0 2025

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:25-CR- 43 |
| v. | § | Judge   Mazzant |
| | § | |
| DANIEL EHTESABI | § | |
| | § | |
| | § | |

**INDICTMENT**

**SEALED**

The United States Grand Jury Charges:

## INTRODUCTION

At all times material to this Indictment:

1.      18 U.S.C. § 922(a)(6) makes it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer in order to acquire a firearm.  A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it.  A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is made, is such that a reasonable person of ordinary prudence would have been actively deceived or misled.

2.      Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood. FFLs are required by federal law to maintain records relating to the sale of firearms to consumers.  The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement activities.  One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Form 4473).  Double M Defense is a firearms store, and is a

Federal Firearms Licensee, assigned a Federal Firearms License number: 5-75-085-07-4L-14372.

3.    FFLs may not lawfully sell a firearm to the public without first having the prospective purchaser complete the Firearms Transaction Record (ATF Form 4473) in which the purchaser answers questions about his eligibility to legally purchase or possess firearms under penalty of perjury—and facilitating a background check to verify the purchaser's eligibility.

## COUNT ONE

Violation: 18 U.S.C. § 922(a)(6)
(False Statement During Purchase
of a Firearm)

On or about January 2, 2025, in the Eastern District of Texas, **Daniel Ehtesabi**, defendant, in connection with the attempted acquisition of a firearm (to wit: a Fabrique Nationale, 9mm handgun, bearing serial number: CCW0057438) from Double M Defense, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer. Specifically, in reference to Question 11 on the Firearms Transaction Record (ATF Form 4473), the defendant listed his place of birth as 'Dublin, CA', when in reality, he was born in Hamburg, Germany.  This is a fact material to the lawfulness of the sale of the said firearm.

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO

Violation: 18 U.S.C. § 924(m)
(Theft from a Federal Firearm
Licensee)

On or about January 2, 2025, in the Eastern District of Texas, **Daniel Ehtesabi,** defendant, did knowingly and unlawfully steal firearms, to wit:

(1) FNH USA (FN America), model 509M Tactical, a 9mm Luger caliber handgun, bearing serial number:  GKS0363093; and

(2) FNH USA (FN America), model 510 Tactical, a 10mm caliber handgun, bearing serial number:  BBP0021250.

from Double M Defense, a Federal Firearms Licensee, assigned a Federal Firearms License number:  5-75-085-07-4L-14372, licensed to engage in the business of importing, manufacturing, or dealing in firearms.

All in violation of 18 U.S.C. § 924(m).

## COUNT THREE

Violation: 18 U.S.C. § 924(l)
(Theft of Firearm)

On or about January 2, 2025, in the Eastern District of Texas, **Daniel Ehtesabi,** defendant, did knowingly and unlawfully steal firearms, to wit:

(1) FNH USA (FN America), model 509M Tactical, a 9mm Luger caliber handgun,

bearing serial number:  GKS0363093; and

(2) FNH USA (FN America), model 510 Tactical, a 10mm caliber handgun, bearing

serial number:  BBP0021250

and that said firearms have moved in interstate and foreign commerce,

All in violation of 18 U.S.C. § 924(l).

## COUNT FOUR

> Violation: 18 U.S.C. § 922(g)(5)
> (Possession of a Firearm by a
> Prohibited Person)

On or between January 2, 2025 and January 16, 2025, in the Eastern District of Texas and elsewhere, **Daniel Ehtesabi**, defendant, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is:

(1) FNH USA (FN America), model 509M Tactical, a 9mm Luger caliber handgun, bearing serial number:  GKS0363093; and

(2) FNH USA (FN America), model 510 Tactical, a 10mm caliber handgun, bearing serial number:  BBP0021250

said firearm having been shipped and transported in interstate commerce.

All in violation of 18 U.S.C. § 922(g)(5).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) by 28 U.S.C. § 2461(c)

As a result of committing the offenses charged in Count Two and Three of this Indictment, the defendant, **Daniel Ehtesabi**, shall forfeit to the United States, pursuant to

18 § U.S.C. 924(d) by 28 U.S.C. § 2461(c) any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 924.

The property subject to forfeiture to the United States shall include, but is not limited to, the following:

### Firearms

a. FNH USA (FN America), model 509M Tactical, a 9mm Luger caliber handgun, bearing serial number: GKS0363093; and

b. FNH USA (FN America), model 510 Tactical, a 10mm caliber handgun, bearing serial number: BBP0021250

A TRUE BILL

GRAND JURY FOREPERSON

ABE MCGLOTHIN
ACTING UNITED STATES ATTORNEY

MICHAEL A. ANDERSON                          Date: 2/20/25
Assistant United States Attorney
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25-CR- |
| | § | Judge |
| DANIEL EHTESABI | § | |
| | § | |
| | § | |

## NOTICE OF PENALTY

### Count One

**Violation:** False Statement During Purchase of a Firearm:
18 U.S.C. § 922(a)(6) and 924(a)(2).

**Penalty:** Imprisonment of not more than ten years, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00

### Count Two

**Violation:** Theft from a Federal Firearm Licensee
18 U.S.C. § 924(m)

**Penalty:** Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00

### Count Three

**Violation:** Theft of Firearm
18 U.S.C. § 924(l)

**Penalty:** Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00

## Count Four

Violation:      Possession of a Firearm by a Prohibited Person
18 U.S.C. § 922(g)(5)

Penalty:      Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00